IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>NICHOLAS THOMAS, )<br>)<br>Defendant. ) | Criminal Case No.<br>1:20-cr-00334-SDG-CMS-1 |

### ORDER GRANTING SENTENCING CONTINUANCE

The Court finds that the interests of justice in continuing the sentencing substantially outweigh the interests of the public and defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in continuing the sentencing hearing. 18 U.S.C. § 3161, et seq.

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter shall be held on December 20, 2021 at 2:00 p.m.

SO ORDERED, this 17th day of September, 2021.

_____
HON. STEVEN D. GRIMBERG
UNITED STATES DISTRICT COURT JUDGE

Presented by:
/s/ Sandra Michaels
Sandra Michael
Ga. Bar No. 504014
Counsel for Defendant Nicholas Thomas